ORONOQUE SHORES CONDOMINIUM ASSOCIATION NO. 1, INC. *v.* DOROTHY A. SMULLEY ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 114 Conn. App. 233 (AC 29916), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*James H. Lee*, in support of the petition.

*Marie A. Casper* and *Brian E. Tims*, in opposition.

Decided July 8, 2009